1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  JOSE ANTONIO CRUZ

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12 UNITED STATES OF AMERICA,           No. CR 09-1157 DLJ

13         Plaintiff,                  **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**

14     v.

15 JOSE ANTONIO CRUZ

16         Defendant.
   _____/
17
        The defendant Jose Cruz is scheduled to be sentenced on October 1, 2010. The Court
18
   re-set the sentencing to October 1, 2010, after informing the parties that the original date of
19
   September 24, 2010, was vacated due to the Court's unavailability. Subsequent to this re-
20
   setting, defense counsel became aware of a scheduling conflict with respect to the October
21
   1, 2010, sentencing date. Therefore Mr. Cruz, by and through counsel, and the United States
22
   do hereby stipulate and agree, and do jointly request that the Court (1) vacate the October 1,
23
   2010, sentencing date and (2) re-set the sentencing date for the defendant Jose Cruz to
24
   //
25
   //
26
   //
27
   //
28

1 | October 8, 2010, at 10:00 a.m.

3 | **IT IS SO STIPULATED**

5 | Dated: September 1, 2010

/s/
DOUGLAS HORNGRAD
Attorney for Defendant
JOSE CRUZ

Dated: September 1, 2010

/s/
GARTH HIRE
Assistant United States Attorney

## ORDER

Good cause appearing, it is hereby ORDERED that the sentencing hearing for the defendant Jose Cruz previously scheduled for October 1, 2010, be continued to October 8, 2010, at 10:00 a.m.

Dated: September 2, 2010

**D. LOWELL JENSEN**
**United States District Court Judge**