UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANTONIO CRUZ,<br><br>　　　　　Defendant. | Case No.  CR 09-1157 DLJ<br><br>FINAL ORDER OF FORFEITURE |

On July 8, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following to the United States:

　　a.　a Chevrolet Suburban, California License Plate 5YAH651, VIN 3GNFC16J17G161185; and

　　b.　$4,711.50 in U.S. Currency

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a).  All right, title, and interest in said property is vested in the United States of America.

The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:   December 2, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge